UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID YWAIN YOUNG,

    Plaintiff,      Case No. 1:10-cv-1209

v.              Honorable Paul L. Maloney

S. CADY et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: January 18, 2011      /s/ Paul L. Maloney
              Paul L. Maloney
              Chief United States District Judge