UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

THOMAS J. GREEN,

        Plaintiff,        Case No. 1:10-cv-1009

v.        Honorable Paul L. Maloney

CINDI CURTIN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: January 20, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge